John W. Shaw, Esq.  SBN:  82802
Jessica A. Barajas, Esq. SBN: 227405
MORRIS POLICH & PURDY LLP
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone:       (213) 891-9100
Facsimile: (213) 488-1178

Attorneys for Defendants,
HOMEDICS-U.S.A.  dba HOMEDICS, INC. and
WAL-MART STORES, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN CRAWFORD,<br><br>Plaintiff,<br><br>vs.<br><br>HOMEDICS – U.S.A. WHICH WILL DO BUSINESS IN CALIFORNIA AS U.S.A. – HOMEDICS, INC.; WAL-MART STORES, INC.; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.:  2:09-CV-02978-FCD-CMK<br><br>**ORDER APPROVING STIPULATION TO DISMISS CASE WITH PREJUDICE** |

In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the concurrently filed Stipulation to Dismiss Case with Prejudice signed by all parities through their respective counsel of record, this matter is hereby dismissed with prejudice in its entirety.

Dated:  April 22, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1
**ORDER APROVING STIPULATION TO DIMSIS CASE WITH PREJUDICE**